IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROLYN MCBRIDE ET AL                                                                         PLAINTIFFS

vs.                                          4:11CV00535-BRW

SOUTHLAND GAMING
AND RACING CORPORATION ET AL                                                      DEFENDANTS

## ORDER

The complaint herein was filed in this Court on June 30, 2011. Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 9th day of November, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd